(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## EL PASO DIVISION

FILED
01/09/2019
Clerk, U.S. District Court
Western District of Texas

By: _____RRV_____
Deputy

UNITED STATES OF AMERICA

vs.

(1) JOEL ANTONIO MOLINA-RIOS

Defendant.

§
§ CASE NUMBER: EP:19-M -00255(1) - MAT
§ USM Number: 2336848O
§
§

## JUDGMENT IN A CRIMINAL CASE
### (For A Petty Offense) - Short Form

The defendant, Joel Antonio Molina-Rios, was represented by counsel, John Lee Granberg.

The defendant pled guilty to the complaint on January 09, 2019. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section | Nature of Offense | Date of Offense |
|---|---|---|
| 8 USC 1325(a)(1) | IMPROPER ENTRY BY AN ALIEN | January 05, 2019 |

As pronounced on January 09, 2019, the defendant is hereby committed to the custody of the United States Bureau of Prisions for a term of **Time Served.** The defendant shall remain in custody pending service of sentence.

The special assessment imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because reasonable efforts to collect this assessment are not likely to be effective.

Signed this the 9th day of January, 2019.

MIGUEL A. TORRES
UNITED STATES MAGISTRATE JUDGE

Executed: 01/11/2019
By: SR
United States Marshal Service